THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICKY LYNN FORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-236-R |
| | ) | |
| S.R. GRANT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner, a federal inmate appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2241, challenging the calculation of his sentence by the Bureau of Prisons. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On August 21, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended the Petition be denied. (Doc. No. 21) The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED in its ENTIRETY and the Petition is DENIED.

**IT IS SO ORDERED** this 16th day of September 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE